NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY FAIN JOHNSON, JR.,                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )     Case No.  2D17-3239
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.



SILBERMAN, BLACK, and SALARIO, JJ., Concur.